**No. 52927.**—Monteverde & Parodi, Inc. *v.* United States, protest 43086–K (San Francisco).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protest was overruled in all other respects.

**No. 52928.**—Cummins-Collins Distilleries et al. *v.* United States, protests 110861-K, etc. (Louisville).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52929.**—Golden West Wineries, Inc. *v.* United States, protests 113264–K, etc. (Los Angeles).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

**No. 52930.**—Canada Dry Ginger Ale, Inc., et al. *v.* United States, protests 115217–K, etc. (Los Angeles).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52931.**—Pacific Liquors, Ltd. *v.* United States, protest 119083–K (Honolulu).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protest was overruled in all other respects.